PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY (CBSN 263027)
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8963
Facsimile (415) 744-0134
E-Mail: sharon.lahey@ssa.com

Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LANCE R. RHOADES,<br><br>      Plaintiff,<br><br>  vs.<br><br>NANCY A. BERRYHILL,<br>  Acting Commissioner of Social Security,<br><br>     Defendant. | Case No.: 2:16-cv-02544-CMK<br><br>STIPULATION AND ORDER FOR<br>EXTENSION OF TIME |

     Lance R. Rhoades (Plaintiff) and Nancy A. Berryhill, Commissioner of Social Security (Defendant), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Defendant to file her response to Plaintiff's Motion For Summary Judgment by 14 days. The current deadline was July 3, 2017, and the new deadline would be July 17, 2016. Any reply would be due on or before August 7, 2017. This is the first extension of time requested in the above-captioned matter. Defendant requests this additional time because defense counsel has been out of the office on unanticipated leave due to the death of a close friend.

The Parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                        Respectfully submitted,

Dated:  July 6, 2017                    JOHN V. JOHNSON

                                        By:  /s/ *John v. Johnson*
                                        JOHN V. JOHNSON
                                        Attorney for the Plaintiff
                                        (As authorized by email on July 6, 2017).

                                        Attorneys for Plaintiff


Dated:  July 6, 2017                    PHILLIP A. TALBERT
                                        Acting United States Attorney
                                        DEBORAH LEE STACHEL
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration

                                        By:  /s/ *Sharon Lahey*
                                        SHARON LAHEY
                                        Special Assistant U.S. Attorney

                                        Attorneys for Defendant


## **ORDER**

        Good cause appearing, pursuant to stipulation, it is so ordered.  Defendant shall file her response to Plaintiff's motion for summary judgment on or before July 17, 2016.  Any reply thereto shall be filed on or before August 7, 2017.


Dated:  July 11, 2017

                                        _____
                                        CRAIG M. KELLISON
                                        UNITED STATES MAGISTRATE JUDGE